IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TIM HENRY**                                                                                           **PLAINTIFF**

**v.**                              **3:07-CV-00158-WRW**

**THE PREMCOR REFINING GROUP, INC.,**
A Corporation                                                                                           **DEFENDANT**

---

**THE PREMCOR REFINING GROUP, INC.,**
A Corporation                                                                                **THIRD-PARTY PLAINTIFF**

**v.**

**FLASH OIL COMPANY OF ARKANSAS, INC.,**
A Corporation                                                                              **THIRD-PARTY DEFENDANT**

## ORDER

Defendant The Premcor Refining Group, Inc. ("PRG") and Plaintiff Tim Henry notified the Court that all claims brought by Tim Henry against PRG, only, have been settled in this case. However, the third-party claim of PRG against Flash Oil Company of Arkansas, Inc. ("Flash"), still must be resolved.

Therefore, all claims in this action, as between PRG and Tim Henry are DISMISSED with prejudice, and PRG may continue its third-party claim against Flash.

IT IS SO ORDERED this 13th day of January, 2009.


/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE