IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **TIM HENRY** | **PLAINTIFF** |
| **v.**   3:07-CV-00158-WRW | |
| **THE PREMCOR REFINING GROUP, INC.,** A Corporation | **DEFENDANT** |

---

| | |
|---|---|
| **THE PREMCOR REFINING GROUP, INC.,** A Corporation | **THIRD-PARTY PLAINTIFF** |
| **v.** | |
| **FLASH OIL COMPANY OF ARKANSAS, INC.,** A Corporation | **THIRD-PARTY DEFENDANT** |

## ORDER

Premcor's Motion to Quash Notices of Deposition of Stephen D. Goodwin and Angela R. Meredith (Doc. No. 65) is GRANTED. The subpoenas are QUASHED, because the depositions were not noticed in a reasonable time before the deposition.

IT IS SO ORDERED this 29th day of July, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE