IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIM HENRY                                                                                              PLAINTIFF

VS.                                        3:07CV00158-WRW

THE PREMCOR REFINING GROUP, INC.                                         DEFENDANT

---

THE PREMCOR REFINING GROUP, INC.                   THIRD PARTY PLAINTIFF

VS.

FLASH OIL COMPANY OF ARKANSAS, INC.            THIRD PARTY DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 29th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE