UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 7, 2009**

Ms. Angela Meredith
Mr. Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Ms. Julia Hancock
Anderson, Murphy & Hopkins, L.L.P.
400 West Capitol Avenue
Suite 2470
Little Rock, AR 72201-3446

Mr. David Donovan
Watts, Donovan & Tilley, P.A.
200 South Commerce Street
Suite 200
Little Rock, AR 72201-1769

  Re: *Premcor Refining Group, Inc. v. Flash Oil Company of Arkansas, Inc*. --
     3:07-CV-00158-WRW

Dear Counsel:

After being more fully advised in the premises, I believe it would be appropriate for Flash Oil's counsel to depose Premcor's counsel.

I am disinclined to disqualify Premcor's counsel from testifying at the trial itself because of giving these depositions.

The parties can submit briefs on this issue if they desire. If briefing is desired, simultaneous briefs should be filed precisely at 11:00 a.m., Monday, December 14, 2009.

            Cordially,

            /s/ Wm. R. Wilson, Jr.