# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| TIM HENRY | PLAINTIFF |
| v.                    3:07CV00158 WRW | |
| THE PREMCOR REFINING GROUP, INC. | DEFENDANT |

| | |
|---|---|
| THE PREMCOR REFINING GROUP, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| FLASH OIL COMPANY OF ARKANSAS, INC. | THIRD-PARTY DEFENDANT |

## ORDER

Pending is Flash Oil Company's Motion for Reconsideration (Doc. No. 130). Premcor Refining Group has responded, and Flash Oil has replied.[1] Flash Oil's Motion is DENIED.

IT IS SO ORDERED this 18th day of May, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 132, 133.