IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**THE PREMCOR REFINING GROUP, INC.**            **THIRD PARTY PLAINTIFF**

V.                          3:07CV00158 JMM

**FLASH OIL COMPANY OF ARKANSAS, INC.**         **THIRD PARTY DEFENDANT**

## ORDER

The jury trial scheduled for March 7, 2011 and all remaining deadlines in this case are cancelled based upon the parties' notification to the Court that the case has been settled. If the parties have not submitted the appropriate pleading to close the case by March 7, 2011, the parties are directed to file an additional status report with the Court.

IT IS SO ORDERED this 15th day of February, 2011.

_____
James M. Moody
United States District Judge