IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TIM HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  3:07-CV-158 |
| ) | |
| THE PREMCOR REFINING GROUP, INC., ) | |
| A corporation ) | |
| ) | |
| Defendant. ) | |

_____

| |
|---|
| THE PREMCOR REFINING GROUP, INC., ) |
| A corporation ) |
| ) |
| Third-Party Plaintiff, ) |
| ) |
| v. ) |
| ) |
| FLASH OIL COMPANY ) |
| OF ARKANSAS, INC., ) |
| A corporation, ) |
| ) |
| Third-Party Defendant. ) |

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

COME NOW Third-Party Plaintiff The Premcor Refining Group, Inc. ("PRG") and Third-Party Defendant Flash Oil Company of Arkansas, Inc., ("Flash Oil") by and through their counsel of record, and announce to the Court that all claims brought by PRG against Flash Oil in this cause have been settled.  Accordingly, the parties propose and the Court hereby orders dismissal in this matter, as to all claims of PRG against Flash Oil.  An earlier Consent Order of

1

Dismissal was entered in this cause, dismissing all claims of Plaintiff Tim Henry against PRG; therefore, all matters at issue as to all parties have been resolved and this cause should be dismissed in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims in this cause, as between Third-Party Plaintiff The Premcor Refining Group, Inc. and Third-Party Defendant Flash Oil Company of Arkansas, Inc., shall be and the same are hereby dismissed with prejudice, and that the claims of Plaintiff Tim Henry against The Premcor Refining Group, Inc., having been previously dismissed by an earlier Order of this Court, all claims as to all parties have been resolved and this cause shall be and is hereby dismissed with prejudice in its entirety. The Clerk is directed to close the case.

_____
JUDGE

DATE: February 28, 2011

M AMJ 2208119 v1
2139536-000077 02/25/2011